BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER P. ROBBINS (Cal. Bar No. 251845)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2400
    E-mail:   alexander.p.robbins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-MJ-3759 |
| Plaintiff, | STIPULATION RE: FILING OF INFORMATION OR INDICTMENT PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ADRIAN ANDREW MARTINEZ, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Alexander P. Robbins, and defendant ADRIAN ANDREW MARTINEZ ("defendant"), by and through defendant's counsel of record, Christopher S. Miller, hereby stipulate as follows:

    1.    Defendant was arrested on June 17, 2025, and charged by complaint for a violation of 18 U.S.C. § 372 (conspiracy to impede a federal officer) on June 19, 2025. The Speedy Trial Act, 18 U.S.C. § 3161(b), requires that an information or indictment be filed 30 days after defendant's arrest, i.e., on or before July 17, 2025.

2. By this stipulation, the parties jointly move to continue the date by which an information or indictment must be filed to August 21, 2025.

3. The parties agree and stipulate, and request that the court find that the ends of justice outweigh the interest of the public and the defendant in the filing of an information or indictment within the original date prescribed by the Speedy Trial Act because defense counsel requires additional time to confer with defendant and to conduct and complete an independent investigation of the case to present evidence to the prosecution to consider in advance of the filing of charges in this case.

4. Based on the foregoing, the parties request that the Court find that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161(b), within which an information or indictment must be filed, the time period of July 17, 2025, through August 21, 2025, is excludable pursuant to 18 U.S.C. § 3161(h) because the ends of justice served by granting a continuance outweigh the interest of the public and the defendant in a filing of an information or indictment within the period specified in Section 3161(b).

5. The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that

//

//

Doc ID: b8b79dfe619d3eeb455fc5a1503c3b836838213c

1  additional time periods are excludable from the period within which
2  an information or indictment must be filed.
3       IT IS SO STIPULATED.
4  Dated: July 11, 2025                BILAL A. ESSAYLI
                                        United States Attorney

                                        CHRISTINA T. SHAY
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                         /s/ Alexander P. Robbins
                                        ─────────────────────────────
                                        ALEXANDER P. ROBBINS
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

   Dated: July 11, 2025

                                        *Christopher Miller* (signature)
                                        ─────────────────────────────
                                        CHRISTOPHER S. MILLER
                                        Attorney for Defendant
                                        ADRIAN ANDREW MARTINEZ

   Dated: July 11, 2025

                                        (signature)
                                        ─────────────────────────────
                                        ADRIAN ANDREW MARTINEZ